UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGARET ARNOLD, ET AL. | CIVIL ACTION |
| VERSUS | |
| COCO RESOURCES, INC., ET AL | NO. 10-333-JJB-SCR |

AND

| | |
|---|---|
| ANGELA AHMED, ET AL | CIVIL ACTION |
| VERSUS | |
| GOULDS PUMPS INDUSTRIAL PRODUCTS, INC., ET AL. | NO. 10-335-JJB-SCR |

Consolidated for case management with
CV 10-328, CV 10-331, CV 10-332, and CV 10-334

**This Ruling applies only to CV 10-333 and CV10-335**

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 4, 2010 (doc. no. 9) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the court declines to exercise jurisdiction in CV 10-333 and CV 10-335 and REMANDS them to state court.

Baton Rouge, Louisiana, this 28th day of October, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

21st JDC-Livingston Parish